# United States District Court
## District of New Mexico
### Office of the Clerk
### Pete V. Domenici United States Courthouse

333 Lomas Blvd. N.W. - Suite 270
Albuquerque, New Mexico 87102
(505) 348-2000 - Fax (505) 348-2028

**Matthew J. Dykman**
Clerk of Court

**Divisional Offices**
120 South Federal Place
P.O. Box 2384
Santa Fe, NM 87504-2384
(505) 988-6481
Fax (505) 988-6473

200 East Griggs
Las Cruces, NM 88001
(505) 528-1400
Fax (505) 528-1425

April 27, 2011

Clerk of the District Court
Fourth Judicial District Court
496 West National Street
Las Vegas, NM 87701-3777

**RE:**   Trujillo et al v. Campbell et al.,
         11cv270 WJ/KBM

Dear Sir or Madam:

   Please find enclosed a certified copy of the Order, along with the entire case file, remanding this case to your Court.

   Please acknowledge receipt of these records by returning a copy of this letter to this office.

            Yours truly,
            Matthew J. Dykman, Clerk

            By: _____
                Deputy Clerk

Enclosures

cc:   Counsel of Record/File